**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

LUDI VASQUEZ ZUNIGA                    CIVIL ACTION NO. 26-1220

                                       SECTION P

VS.

                                       JUDGE DAVID C. JOSEPH

WARDEN CENTRAL LOUISIANA ICE           MAG. JUDGE KAYLA D. MCCLUSKY
PROCESSING CENTER, ET AL.

**ORDER**

Petitioner Ludi Vasquez Zuniga, a detainee in the custody of the Department of Homeland Security and the Bureau of Immigration and Customs Enforcement, petitions for a writ of habeas corpus under 28 U.S.C. § 2241. Petitioner moves for an order to show cause. [doc. # 2].

To the extent Petitioner seeks a 3-day response time, the motion is **DENIED**. To the extent Petitioner seeks a response time shorter than the 60-day deadline set forth in the form summonses, the motion is **GRANTED** as detailed below.

**THE CLERK OF COURT IS INSTRUCTED** to email a copy of this Order to the Civil Chief of the United States Attorney's Office for the Western District of Louisiana and grant her access to the pleadings.

**IT IS ORDERED** that Respondents file a response to the Petition within **21 days** of the date of this Order, or service of the Petition on the United States Attorney for the Western District of Louisiana, whichever is later.

**IT IS FURTHER ORDERED** that Petitioner shall have **7 days** following the filing of Respondents' response to file a reply.

When the record is complete, the Court will determine the necessity of an evidentiary hearing.

In Chambers, Monroe, Louisiana, this 21st day of April, 2026.

Kayla Dye McClusky
United States Magistrate Judge